IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES G. ANDERSON,

    Petitioner,

v.

KAREN TIMBERLAKE, Secretary
Department of Health Services

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-742-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner Charles Anderson's petition for a writ of habeas corpus without prejudice.

_____      12/14/09
Peter Oppeneer, Clerk of Court             Date